UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TERRI BRADLEY,

    Plaintiff,

v.                                                  Case No. 6:12-cv-1348-ORL-37TBS

CITY OF SAITH CLOUD, a corporate body,
municipal corporation and/or political
subdivision of the state of Florida; PETE
GAUNTLETT, an individual, and, FRAN
RINEHART, an individual,

    Defendant.
_____/

ORDER

Pending before the Court is Plaintiff's Unopposed Motion for Extension of Time to File Response to Defendants' Amended Motion to Dismiss. (Doc. 34.) Pursuant to Local Rule 3.01(g), Plaintiff represents that the Defendants' attorney has been contacted and has no objection to the requested extension of time. Upon due consideration, Plaintiff's motion is GRANTED. Plaintiff shall have through July 12, 2013 to file her Second Amended Complaint.

IT IS SO ORDERED.

DONE AND ORDERED in Orlando, Florida, on July 11, 2013.

*[signature]*
THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel