UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TERRI BRADLEY,

    Plaintiff,

v.                            Case No. 6:12-cv-1348-ORL-37TBS

CITY OF SAINT CLOUD, a corporate body, municipal corporation and/or political subdivision of the state of Florida; PETE GAUNTLETT, an individual, and, FRAN RINEHART, an individual,

    Defendant.
_____/

## ORDER

Pending before the Court is Plaintiff's Unopposed Motion for Second Extension of Time to File Plaintiff's Second Amended Complaint. (Doc. 36.) Pursuant to Local Rule 3.01(g), Plaintiff represents that the Defendants' attorneys have been contacted and have no objection to the requested extension of time. Upon due consideration, Plaintiff's motion is GRANTED. Plaintiff has through July 16, 2013 to file her Second Amended Complaint.

IT IS SO ORDERED.

DONE AND ORDERED in Orlando, Florida, on July 15, 2013.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel